KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Berghorst, California Department of Corrections and Rehabilitation, Fox, Galanis, Malet, Montgomery, Rackley, Salinas, and Zacharaiah*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TIMOTHY R. LOVE,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**SOCORRO SALINAS, et al.,**<br><br>                              Defendants. | No. 2:11-cv-00361 MCE-KJN<br><br>**STIPULATION FOR EXTENSION FOR DEFENDANTS TO FILE THEIR RESPONSE TO COMPLAINT; ORDER** |

Defendant California Department of Corrections and Rehabilitation was served on February 14, 2011, and its responsive pleading is due on March 7. Defendants Berghorst, Fox, Galanis, Malet, Montgomery, Rackley, Salinas, and Zacharaiah were served on February 16, and their responsive pleading is due on March 9. Counsel for Defendants was recently assigned to this case and requires more time to prepare a response to the complaint.

/ / /

/ / /

/ / /

1

Accordingly, the parties, by and through their counsel, stipulate that, subject to the Court's approval, Defendants shall have a thirty-day extension, up to and including April 8, 2011, to file a response to the complaint.

Dated: March 7, 2011                                 Respectfully submitted,

                                                     KAMALA D. HARRIS
                                                     Attorney General of California
                                                     DAVID A. CARRASCO
                                                     Supervising Deputy Attorney General


                                                     */s/ Diana Esquivel*

                                                     DIANA ESQUIVEL
                                                     Deputy Attorney General
                                                     *Attorneys for Defendants*

Dated: March 7, 2011                                 KERSHAW, CUTTER & RATINOFF, LLP


                                                     */s/ John R. Parker, Jr.*

                                                     JOHN R. PARKER, JR.
                                                     *Attorneys for Plaintiff*


## ORDER

Based on the parties' stipulation and good cause appearing, Defendants shall file their response to the complaint on or before April 8, 2011.

IT IS SO ORDERED.

DATE: March 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2

Stipulation for Extension for Defendants' to File Their Response to Complaint and Proposed Order
 (2:11-cv-00361 MCE-KJN)