John R. Parker, Jr., SBN 257761
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-448-9800
Facsimile: 916-669-4499

Attorneys for Plaintiff
TIMOTHY R. LOVE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY R. LOVE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WARDEN SOCORRO SALINAS, CHIEF DEPUTY WARDEN R. J. RACKLEY, CORRECTIONAL OFFICER Y. MONTGOMERY, CORRECTIONAL OFFICER B. BERGHORST, NURSE GALANIS, DR. MALET, DR. ZACHARIAH, and DR. MICHAEL FOX, individually; the CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:11-cv-00361-MCE-CKD<br><br>**ORDER GRANTING STIPULATION FOR CONTINUANCE OF DISCOVERY CUT-OFF AND EXPERT WITNESS DISCLOSURE DEADLINES** |

Based upon the joint request of the Parties to this action, the Court hereby modifies its September 7, 2011 Pretrial Scheduling Order as follows:

Fact discovery shall be completed by September 21, 2012.

The Parties shall make their disclosure of expert witness reports on or before October 21, 2012, with rebuttal disclosures if any to take place within twenty (20) days after the October 21, 2012 disclosure deadline.

-1-

1  The Court's September 7, 2011 Order otherwise remains in place and all other dates, including trial-related dates and dispositive motion deadlines, remain as set forth in that Order.

IT IS SO ORDERED

Dated:  July 18, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER APPROVING JOINT STIPULTION FOR MODIFICATION OF SCHEDULING ORDER