1  John R. Parker, Jr., SBN 257761
   KERSHAW, CUTTER & RATINOFF, LLP
2  401 Watt Avenue
   Sacramento, CA 95864
3  Telephone: 916-448-9800
   Facsimile: 916-669-4499
4

5  Attorneys for Plaintiff
   TIMOTHY R. LOVE
6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   TIMOTHY R. LOVE,                      Case No.  2:11-cv-00361-MCE-CKD
10
              Plaintiff,
11                                        **ORDER GRANTING STIPULATED
   vs.                                    JOINT MOTION FOR CONTINUANCE
12                                        OF DISCOVERY CUT-OFF AND
   WARDEN SOCORRO SALINAS, CHIEF          EXPERT WITNESS DISCLOSURE
13 DEPUTY WARDEN R. J. RACKLEY,           DEADLINES**
   CORRECTIONAL OFFICER Y.
14 MONTGOMERY, CORRECTIONAL
   OFFICER B. BERGHORST, NURSE
15 GALANIS, DR. MALET, DR. ZACHARIAH,
   and DR. MICHAEL FOX, individually; the
16 CALIFORNIA DEPARTMENT OF
   CORRECTIONS AND REHABILITATION,
17 and DOES 1 through 50, inclusive,

18            Defendants.

19
       The parties' joint request to continue all dates in this case is GRANTED.  An Amended
20
   Pretrial Scheduling Order will issue shortly.
21
       IT IS SO ORDERED.
22
   DATED: August 17, 2012
23

24  _____
    MORRISON C. ENGLAND, JR.
25  UNITED STATES DISTRICT JUDGE

26

27

28
                                  -1-
   ORDER GRANTING JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER