John R. Parker, Jr., SBN 257761
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-448-9800
Facsimile: 916-669-4499

Attorneys for Plaintiff
TIMOTHY R. LOVE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY R. LOVE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WARDEN SOCORRO SALINAS, CHIEF DEPUTY WARDEN R. J. RACKLEY, CORRECTIONAL OFFICER Y. MONTGOMERY, CORRECTIONAL OFFICER B. BERGHORST, NURSE GALANIS, DR. MALET, DR. ZACHARIAH, and DR. MICHAEL FOX, individually; the CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:11-cv-00361-MCE-CKD<br><br>**ORDER GRANTING STIPULATED JOINT MOTION FOR CONTINUANCE OF DISCOVERY CUT-OFF AND EXPERT WITNESS DISCLOSURE DEADLINES** |

　　　The parties' joint request to continue all dates in this case is GRANTED. An Amended Pretrial Scheduling Order will issue shortly.

　　　IT IS SO ORDERED.

DATED: August 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-1-