UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TIMOTHY R. LOVE,                       No. 2:11-cv-00361-MCE-CKD

    Plaintiff,

  v.                                    ORDER CONTINUING TRIAL

SOCORRO SALINAS, ET AL.,

    Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the November 4, 2013 jury trial is vacated and continued to **February 18, 2014**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **December 5, 2013.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the September 5, 2013 Final Pretrial Conference is vacated and continued to **December 19, 2013**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **November 28, 2013** and shall comply with the procedures outlined in the Court's September 6, 2012 Amended Pretrial Scheduling Order.

///

1 The personal appearances of the trial attorneys or person(s) in
2 pro se is mandatory for the Final Pretrial Conference.
3 Telephonic appearances for this hearing are not permitted.
4     Any evidentiary or procedural motions are to be filed by
5 **November 28, 2013.**  Oppositions must be filed by **December 5, 2013**
6 and any reply must be filed by **December 12, 2013.**  The motions
7 will be heard by the Court at the same time as the Final Pretrial
8 Conference.
9     All other due dates set forth in the Court's Amended
10 Pretrial Scheduling Order are confirmed.
11     IT IS SO ORDERED.

Dated: October 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE