1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11   TIMOTHY R. LOVE,                No. 2:11-cv-00361-MCE-CKD
12          Plaintiff,
13      v.                           ORDER CONTINUING TRIAL
14   SOCORRO SALINAS, ET AL.,
15          Defendant.
16   _____/
17      YOU ARE HEREBY NOTIFIED the November 4, 2013 jury trial is
18   vacated and continued to **February 18, 2014**, at **9:00 a.m.** in
19   Courtroom 7.  The parties shall file trial briefs not later than
20   **December 5, 2013.**  Counsel are directed to Local Rule 285
21   regarding the content of trial briefs.
22      Accordingly, the September 5, 2013 Final Pretrial Conference
23   is vacated and continued to **December 19, 2013**, at **2:00 p.m.** in
24   Courtroom 7.  The Joint Final Pretrial Statement is due not later
25   than **November 28, 2013** and shall comply with the procedures
26   outlined in the Court's September 6, 2012 Amended Pretrial
27   Scheduling Order.
28   ///

1

The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **November 28, 2013**. Oppositions must be filed by **December 5, 2013** and any reply must be filed by **December 12, 2013**. The motions will be heard by the Court at the same time as the Final Pretrial Conference.

All other due dates set forth in the Court's Amended Pretrial Scheduling Order are confirmed.

IT IS SO ORDERED.

Dated: October 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE