John R. Parker, Jr., SBN 257761
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-448-9800
Facsimile: 916-669-4499

Attorneys for Plaintiff
TIMOTHY R. LOVE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TIMOTHY R. LOVE,**<br><br>          Plaintiff,<br><br>     v.<br><br>**SOCORRO SALINAS, et al.,**<br><br>          Defendants. | No. 2:11-cv-00361 MCE-CKD<br><br>**STIPULATION AND ORDER TO CONTINUING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Pretrial Conference:  December 19, 2013<br>Trial Date:              February 18, 2014<br>Action Filed:           February 9, 2011 |

     Under Local Rule 230(f), the parties, by and through their attorneys of record, stipulate to continue the hearing on Defendants' Motion for Summary Judgment from April 16, 2013 to May 16, 2013 and to modify the briefing schedule so that the opposition and reply briefs will be filed earlier than would normally be calculated under Local Rule 230(c) and (d) under the new hearing date.  Good cause exists to continue the hearing because counsel for Plaintiff has a conflict with the current hearing date based upon a recently-arisen family commitment.

     The requested continuance will not affect any deadline related to this action, other than the date for the hearing.  Under the proposed schedule, the Court will have more time to review the moving and opposing papers before the hearing on the summary-judgment motion.  The Court's courtroom deputy has advised the parties that April 16, 2013 is available for hearing.

1

    Accordingly, the parties agree to the following:

    1. The hearing on Defendants' motion for summary judgment be set for May 16, 2013 at 2:00 p.m. in Courtroom 7;

    2. The opposition to the summary-judgment motion will be due on April 12, 2013; and

    3. The reply in support of the motion for summary judgment will be due on April 25, 2013.

    The remaining deadlines in the amended scheduling order will not be affected by the requested modifications and should remain in place.

    IT IS SO STIPULATED.

| | |
|---|---|
| Dated: March 19, 2013 | Respectfully submitted, |
| | KAMALA D. HARRIS<br>Attorney General of California<br>DAVID A. CARRASCO<br>Supervising Deputy Attorney General |
| | */s/ Diana Esquivel* |
| | DIANA ESQUIVEL<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated: March 19, 2013 | KERSHAW, CUTTER & RATINOFF, LLP |
| | */s/ John R. Parker, Jr.* |
| | JOHN R. PARKER, JR.<br>*Attorneys for Plaintiff* |

# ORDER

Based on the parties' stipulation and good cause appearing, the Court orders as follows:

1. The hearing on Defendants' motion for summary judgment shall be on May 16, 2013 at 2:00 p.m. in Courtroom 7;

2. The opposition to the summary-judgment motion will be due on April 12, 2013; and

3. The reply in support of the motion for summary judgment will be due on April 25, 2013.

IT IS SO ORDERED.

DATED: March 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE