1  John R. Parker, Jr., SBN 257761
   KERSHAW, CUTTER & RATINOFF, LLP
2  401 Watt Avenue
   Sacramento, CA 95864
3  Telephone: 916-448-9800
   Facsimile: 916-669-4499
4

5  Attorneys for Plaintiff
   TIMOTHY R. LOVE
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11

12
   **TIMOTHY R. LOVE,**                    No. 2:11-cv-00361 MCE-CKD
13
                              Plaintiff,   **STIPULATION AND ORDER TO**
14                                          **CONTINUING HEARING ON**
          v.                                **DEFENDANTS' MOTION FOR**
15                                          **SUMMARY JUDGMENT**

16  **SOCORRO SALINAS, et al.,**            Pretrial Conference:  December 19, 2013
                                            Trial Date:           February 18, 2014
17                            Defendants.   Action Filed:         February 9, 2011

18

19          Under Local Rule 230(f), the parties, by and through their attorneys of record, stipulate to

20  continue the hearing on Defendants' Motion for Summary Judgment from April 16, 2013 to May

21  16, 2013 and to modify the briefing schedule so that the opposition and reply briefs will be filed

22  earlier than would normally be calculated under Local Rule 230(c) and (d) under the new hearing

23  date.  Good cause exists to continue the hearing because counsel for Plaintiff has a conflict with

24  the current hearing date based upon a recently-arisen family commitment.

25          The requested continuance will not affect any deadline related to this action, other than the

26  date for the hearing.  Under the proposed schedule, the Court will have more time to review the

27  moving and opposing papers before the hearing on the summary-judgment motion.  The Court's

28  courtroom deputy has advised the parties that April 16, 2013 is available for hearing.

                                            1

1       Accordingly, the parties agree to the following:

2       1.  The hearing on Defendants' motion for summary judgment be set for May 16, 2013 at

3 2:00 p.m. in Courtroom 7;

4       2.  The opposition to the summary-judgment motion will be due on April 12, 2013; and

5       3.  The reply in support of the motion for summary judgment will be due on April 25, 2013.

6       The remaining deadlines in the amended scheduling order will not be affected by the

7 requested modifications and should remain in place.

8       IT IS SO STIPULATED.

9 Dated:  March 19, 2013                    Respectfully submitted,

10                               KAMALA D. HARRIS
Attorney General of California

11                               DAVID A. CARRASCO
Supervising Deputy Attorney General

12

13                               */s/ Diana Esquivel*

14                               DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

15

16 Dated:  March 19, 2013                    KERSHAW, CUTTER & RATINOFF, LLP

17                               */s/ John R. Parker, Jr.*

18                               JOHN R. PARKER, JR.
*Attorneys for Plaintiff*

19

20

21

22

23

24

25

26

27

28

2

# ORDER

Based on the parties' stipulation and good cause appearing, the Court orders as follows:

1.  The hearing on Defendants' motion for summary judgment shall be on May 16, 2013 at 2:00 p.m. in Courtroom 7;

2.  The opposition to the summary-judgment motion will be due on April 12, 2013; and

3.  The reply in support of the motion for summary judgment will be due on April 25, 2013.

IT IS SO ORDERED.

DATED: March 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

3