UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY R. LOVE, | No. 2:11-cv-00361-MCE-CKD |
| Plaintiff, | |
| v. | **MEMORANDUM AND ORDER** |
| SOCORRO SALINAS, et al., | |
| Defendants. | |

The Court is in receipt of the parties' Stipulation to Vacate Scheduling Deadlines and Trial Date ("Stipulation"), filed on July 29, 2013. (ECF No. 64.) The parties, proceeding through their attorneys, seek to vacate the remaining scheduling deadlines, including trial, while the Court rules on Defendants' motion for summary judgment[1] and to give the parties an opportunity to engage in settlement discussions before incurring the expense of disclosing expert witnesses.

A scheduling order entered before the final pretrial conference may be modified upon a showing of "good cause." Fed. R. Civ. P. 16(b); <u>Johnson v. Mammoth Recreations</u>, 975 F.2d 604, 608 (9th Cir. 1992).

///

---

[1] The Court ruled on Defendants' motion for summary judgment on August 5, 2013, after the parties had filed their Stipulation. (ECF No. 65.)

1

1  After reviewing the Stipulation, the Court finds that good cause exists to grant the
2  parties' request because vacating the remaining scheduling deadlines will conserve
3  resources, reduce litigation costs, and potentially lead to a resolution of this case without
4  trial.  Accordingly, IT IS ORDERED as follows:
5      1.   All pretrial scheduling orders issued in this case (ECF Nos. 43, 44, 48) and
6  the deadlines established by these orders are VACATED.
7      2.   Within ninety (90) days after this Order is electronically filed, the parties
8  shall participate in some form of alternative dispute resolution program or settlement
9  conference with the magistrate judge assigned to this case or other available magistrate
10 judge.
11     3.   This case is set for a Settlement Conference before Magistrate Judge
12 Kendall J. Newman on **October 7, 2013, at 9:00 a.m.,** at the U.S. District Court,
13 501 I Street, Sacramento, California 95814, in Courtroom 25.  The parties and their
14 attorneys are instructed to have a principal with full settlement authority[2] present at the
15 Settlement Conference or to be fully authorized to settle the matter on any terms.  The
16 failure of any counsel, party or authorized person subject to this Order to appear in
17 person may result in the imposition of sanctions.
18     4.   The parties are directed to exchange non-confidential settlement
19 statements seven days prior to the Settlement Conference.  These statements shall
20 simultaneously be delivered to the court using the following email address:
21 kjnorders@caed.uscourts.gov.  If a party desires to share additional confidential
22 information with the court, they may do so pursuant to the provisions of Local Rule
23 270(d) and (e).
24 ///
25 ///

---

[2] "'Full settlement authority' means that the individuals at the settlement conference must be authorized to explore settlement options fully and to agree at that time to any settlement terms acceptable to the parties."  Johnson v. Garren, No. 11CV2592–LAB (BLM), 2013 WL 499869, at *3 n. 4 (S.D. Cal. Feb. 8, 2013) (citation omitted).

5. If the parties are unable to resolve the case, they shall submit, no later than ninety (90) days from the date this Order is electronically filed, a joint status report with proposed dates for expert disclosures and related discovery, the pretrial conference and trial. The Court will issue a further scheduling order after receipt of the parties' joint status report.

IT IS SO ORDERED.

Dated: August 12, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT