IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY R. LOVE,** | No. 2:11-cv-00361 MCE-CKD |
| Plaintiff, | **ORDER DISMISSING DEFENDANT GALANIS** |
| v. | |
| **SALINAS, et al.,** | |
| Defendants. | |

The parties appeared before the undersigned for further settlement conference on April 16, 2014.  Based on the parties' stipulation as stated on the record, Defendant Galanis is dismissed from this action.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:  April 17, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1

Order Dismissing Defendant Galanis  (2:11-cv-00361 MCE-CKD)