1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 445-4928
6   Facsimile:  (916) 324-5205
    E-mail:  Diana.Esquivel@doj.ca.gov
7
   *Attorneys for Defendants California Department of*
8  *Corrections and Rehabilitation, Berghorst,*
   *Montgomery, Rackley, and Salinas*
9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE EASTERN DISTRICT OF CALIFORNIA

12                    SACRAMENTO DIVISION

13

14

15 | **TIMOTHY R. LOVE,** | No. 2:11-cv-00361 MCE-CKD |

16 |                     Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER** |

17 |          **v.** | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

18 | **SOCORRO SALINAS, et al.,** | |

19 |                     Defendants. | |

20

21

22      Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Timothy R. Love and

23 Defendants California Department of Corrections and Rehabilitation, Berghorst, Montgomery,

24 Rackley, and Salinas stipulate to the voluntary dismissal of this action with prejudice.

25 / / /

26 / / /

27 / / /

28

                                    1

1    Each party is to bear his own costs, fees, or expenses.  There is no prevailing party in this

2    action.

3         IT IS SO STIPULATED.

4

5    Dated:  August 12, 2014                    Respectfully submitted,

6                                               KAMALA D. HARRIS
                                               Attorney General of California
7                                               CHRISTOPHER J. BECKER
                                               Supervising Deputy Attorney General
8

9                                               */s/ Diana Esquivel*

10                                              Diana Esquivel
                                               Deputy Attorney General
11                                              *Attorneys for Defendants*

12

13   Dated:  August 12, 2014                    KERSHAW, CUTTER & RATINOFF, LLP

14                                              */s/ John R. Parker, Jr.*

15                                              John R. Parker, Jr.
                                               *Attorneys for Plaintiff*
16

17

18

19                                 **ORDER**

20        Based on the parties' stipulation, this action is dismissed with prejudice.  The Clerk of the

21   Court is directed to close this case.

22        IT IS SO ORDERED.

23   Dated:  August 22, 2014

24   _____

25   MORRISON C. ENGLAND, JR., CHIEF JUDGE
     UNITED STATES DISTRICT COURT
26

27

28

                                          2

Stipulation for Voluntary Dismissal with Prejudice   (2:11-cv-00361 MCE-CKD)